# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BMW OF NORTH AMERICA, LLC,
BAYERISCHE MOTOREN WERKE AG,
ROLLS-ROYCE MOTOR CARS NA, LLC, and
ROLLS-ROYCE MOTOR CARS LIMITED,

      Plaintiffs,

      v.

EXOTIC LIMOUSINES, INC., EXOTIC
LIMOUSINE SALES, INC., and CARLO
SOLANO,

      Defendants.

FILED: MAY 21, 2008
08CV2954      TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

Case No. _____

**JURY DEMANDED**

## COMPLAINT FOR TRADEMARK INFRINGEMENT,
## UNFAIR COMPETITION, AND UNJUST ENRICHMENT

Plaintiffs BMW of North America, LLC, Bayerische Motoren Werke AG (collectively, "BMW"), Rolls-Royce Motor Cars NA, LLC, and Rolls-Royce Motor Cars Limited (collectively "the BMW Group") seek injunctive and monetary relief from Defendants Exotic Limousines, Inc., Exotic Limousine Sales, Inc., and Carlo Solano ("Exotic Limos") for trademark infringement, unfair competition, and unjust enrichment with regard to Plaintiffs' famous and/or well-known "Roundel" logo, "BMW" word mark, "745" mark, BMW Grille Design mark, ROLLS-ROYCE trademark, PHANTOM trademark, Rolls-Royce and Design logo ("RR Badge"), Flying Lady Device, Radiator Grille Device, and "100EX" mark.

As alleged more fully below, Defendants have violated, and continue to violate, the Trademark Act of 1946 as amended, 15 U.S.C. §§ 1125, *et seq.* (the "Lanham Act"), and Illinois

law through their unauthorized use of Plaintiffs' trademarks on non-genuine vehicles in connection with Defendants' limousine business.

## PARTIES

1.      Plaintiff BMW of North America, LLC ("BMW NA") is a Delaware limited liability company having its principal place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.  BMW NA is a wholly owned subsidiary of BMW (US) Holding Corporation, a Delaware corporation, which is a wholly owned subsidiary of Bayerische Motoren Werke AG ("BMW AG").  BMW NA is responsible for the distribution of BMW vehicles throughout the United States.

2.      Plaintiff BMW AG is a corporation organized under the laws of the Federal Republic of Germany with its principal place of business at Petuelring 130, 80809 Munich, Germany.  BMW AG designs and manufactures motor vehicles, parts and other products for sale in Europe and for export and sale throughout the world.

3.      Plaintiff Rolls-Royce Motor Cars NA, LLC is a Delaware limited liability company having its principle place of business at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.  Rolls-Royce Motor Cars NA, LLC is responsible for the distribution of Rolls-Royce vehicles throughout the United States.

4.      Plaintiff Rolls-Royce Motor Cars Limited is a company organized under the laws of England having its principal place of business at Ellesfield Avenue, Bracknell, Berkshire, RG12 8TA, England.  Rolls-Royce Motor Cars Limited is a subsidiary of BMW AG and distributes Rolls-Royce vehicles to Rolls-Royce Motor Cars NA, LLC.

5.      Defendant Exotic Limousines, Inc. is, upon information and belief, an Illinois corporation having its principal place of business at 700 Burnside Court, Aurora, IL 60504, and Defendant Exotic Limousines, Inc. is in the business of selling, renting, and manufacturing non-genuine limousines.

6.      Defendant Exotic Limousine Sales, Inc. is, upon information and belief, an Illinois corporation having its principal place of business at 700 Burnside Court, Aurora, IL 60504, and Defendant Exotic Limousine Sales, Inc. is a related company of Defendant Exotic Limousines, Inc.

7.      Defendant Carlo Solano, upon information and belief, is an Illinois resident whose primary residence is 1503 Meyer Ct., Plainfield, IL 60544, is Chief Executive Officer of Defendant Exotic Limousines, Inc., and has personally directed the activities alleged herein.

## JURISDICTION AND VENUE

8.      This court has personal jurisdiction over Defendants because Defendants are located in and conduct business in the State of Illinois.

9.      This court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 1338(b), and has supplemental jurisdiction under 28 U.S.C. § 1367(a) over the BMW Group's claims under Illinois law.

10.     Venue is proper in this District under 28 U.S.C. §1391(b), as Defendants have their principal place of business in this District and, upon information and belief, a substantial part of the events or omissions giving rise to the claim occurred and are occurring in this District.

## PLAINTIFFS' USE AND REGISTRATION
## OF ITS FAMOUS AND WELL-KNOWN MARKS

11.    BMW is in the business of designing, manufacturing, distributing and servicing motor vehicles and a variety of other products under various trademarks, including the Roundel shown below:



12.    BMW NA, through itself and predecessors-in-interest, has used the Roundel and "BMW" word mark in commerce in the United States continuously since at least as early as 1949 in connection with the design, manufacture and distribution of motor vehicles, repair and maintenance services for motor vehicles and motor vehicle dealership services.

13.    Since at least as early as 1987, BMW has used the BMW Grille Design mark shown below in the United States continuously in connection with automobiles and structural parts therefor.



14.    Since at least as early as 2002, BMW has used the "745" mark in the United States continuously in connection with automobiles.

15.    Since long prior to the acts of Defendants complained of herein, BMW has used the Roundel, "BMW" word mark, BMW Grille Design mark, and 745 mark in connection with

its business of designing, manufacturing, and distributing motor vehicles and a variety of other products in the State of Illinois.

16.    BMW AG is the owner of the following U.S. Registrations for its Roundel logo, "BMW" word mark, BMW Grille Design mark, and 745 mark:

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
|  | 613,465 | October 4, 1955 | Automobiles, motorcycles, and parts thereof |
|  | 1,170,556 | September 22, 1981 | Motor vehicle repair and maintenance services and dealership services |
|  | 1,450,212 | August 4, 1987 | Automobiles, motorcycles, parts thereof, including wheels, and watches, clocks and various other goods and services |
|  | 2,752,258 | August 19, 2003 | Cleaning preparations for use in the automotive field, engine oil and various other goods |
|  (BMW Grille Design mark) | 1,606,324 | July 17, 1990 | Automobiles and structural parts therefore |
| BMW | 611,710 | September 6, 1955 | Automobiles and motorcycles |
| BMW | 1,164,922 | August 11, 1981 | Motor vehicle repair and maintenance services |

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|------|----------|-----------|------------------------|
|      |          |           | and dealership services |
| BMW  | 1,627,241 | September 18, 1990 | Clothing |
| BMW  | 2,816,178 | February 24, 2004 | Antifreeze and automobile paint and engine oils |
| 745  | 2,549,293 | March 19, 2002 | Automobiles |

These registrations were duly and legally issued, and are valid and subsisting. Registrations 613,465; 1,170,556; 1,450,212; 1,606,324; 611,710; 1,164,922; 1,627,241; and 2,549,293 are incontestable pursuant to 15 U.S.C. § 1065.

17.  BMW AG has licensed the Roundel, "BMW" word mark, BMW Grille Design mark and 745 mark to BMW NA for use in connection with the distribution and sale of the aforementioned products in the United States.

18.  BMW NA distributes BMW passenger cars and BMW light trucks and provides maintenance services for its customers through nationwide networks of authorized dealers and service providers. BMW NA authorizes its dealerships to use the Roundel, "BMW" word mark, BMW Grille Design mark and 745 mark in connection with the sale and/or service of BMW products.

19.  To create and maintain goodwill among its customers, BMW NA has taken substantial steps to assure that all authorized BMW dealers and service providers using the Roundel, "BMW" word mark, BMW Grille Design mark and 745 mark are of the highest quality.

20.  BMW has expended millions of dollars in national advertising efforts in connection with the Roundel, "BMW" word mark, BMW Grille Design mark and 745 mark. As

a result of its long use and promotion of these marks, BMW has established the Roundel, "BMW" word mark, BMW Grille Design mark and 745 mark as famous and/or well-known and distinctive marks.

**THE BMW GROUP'S ROLLS-ROYCE MARKS**

21.    The BMW Group is in the business of designing, manufacturing, distributing and servicing motor vehicles and a variety of other products under various trademarks, including the inherently distinctive trademark "ROLLS-ROYCE" and the RR Badge shown below:



22.    In 1998, Rolls-Royce Motor Cars Ltd. (formerly Hireus Limited), acquired from Rolls-Royce PLC the rights to the Rolls-Royce trademarks in relation to automobiles and their parts.

23.    BMW AG and Rolls-Royce Motor Cars Limited are the owners of the following U.S. Registrations for the Rolls-Royce trademarks:

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
|  | 197,089 | April 7, 1925 | Automobiles and chassis |
| ROLLS-ROYCE | 325,195 | June 11, 1935 | Automobiles and chassis |
| ROLLS-ROYCE | 3,148,743 | September 26, 2006 | Automobiles and structural parts therefor |

| Mark | Reg. No. | Reg. Date | Class: Services/Goods |
|---|---|---|---|
| PHANTOM | 856,912 | September 17, 1968 | Automobiles |
|  (Flying Lady Device) | 850,902 | June 18, 1968 | Automobiles |
|  (Radiator Grille Device) | 1,063,799 | April 19, 1977 | Automobiles |
| 100EX | 3,029,484 | December 13, 2005 | Automobiles and structural parts therefor |

These registrations were duly and legally issued, and are valid and subsisting.  Registrations 197,089; 325,195; 856,912; 850,902; and 1,063,799 are incontestable pursuant to 15 U.S.C. § 1065.

24.    Rolls-Royce Motor Cars NA is licensed to use the Rolls-Royce trademarks in the United States by Rolls-Royce Motor Cars Limited, a subsidiary of BMW AG, in connection with the distribution and sale of the aforementioned products.

25.    The BMW Group and its predecessors have used the RR Badge and ROLLS-ROYCE word mark in United States commerce continuously in connection with automobiles since 1905 and 1906, respectively.

26.    The BMW Group has used the PHANTOM word mark in United States commerce continuously in connection with automobiles since 2003.

27.     The BMW Group and its predecessors have used the Flying Lady Device in United States commerce continuously in connection with automobiles since 1930.

28.     The BMW Group and its predecessors have used the Radiator Grille Design in United States commerce continuously in connection with automobiles since 1925.

29.     Since at least as early as 2004, the BMW Group has used the 100EX mark in the United States continuously in connection with automobiles.

30.     Since long prior to the acts of Defendants complained of herein, the BMW Group and its predecessors have used the RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark in connection with its business of designing, manufacturing, and distributing motor vehicles and a variety of other products in the State of Illinois.

31.     To create and maintain goodwill among its customers, the BMW Group has taken substantial steps to assure that all authorized BMW Group dealers and service providers using the Rolls-Royce trademarks in the United States are of the highest quality.

32.     The BMW Group has expended millions of dollars in national advertising efforts in connection with the RR Badge, ROLLS-ROYCE trademark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark.  As a result of the BMW Group and its predecessors' use and promotion of these marks, the RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark are famous and/or well-known and distinctive marks.

## DEFENDANTS' WRONGFUL ACTIVITIES

33.    Defendants manufacture, rent and sell vehicles bearing the BMW Group's trademarks as "BMW" and "Rolls-Royce" limousines that are not manufactured by the BMW Group. (*See* Exhibit A.)

34.    Defendants make widespread use of the BMW Group's trademarks in advertisements over the internet in connection with their business of renting and selling non-genuine "BMW" and "Rolls-Royce" vehicles.

35.    Since November 2006, the BMW Group has sent Defendants three letters requesting that Defendants cease and desist all unauthorized uses of the BMW Group's trademarks.

36.    On January 25, 2007, Defendants claimed that "Exotic Limousines does not own any vehicles bearing any of the BMW Group marks and therefore does not rent or sell any such vehicle." Defendant Exotic Limousines agreed not to use the BMW Group marks in violation of the BMW Group's rights.

37.    Despite this January 2007 promise not to use the BMW Group marks in violation of the BMW Group's rights, the BMW Group has discovered that Defendants are still manufacturing, renting and/or selling "BMW" and "Rolls-Royce" limousines that are not manufactured by the BMW Group and that bear the BMW Group's marks. (*See* Exhibit B.)

38.    Defendants have never provided services for the BMW Group or any of its subsidiaries, affiliates or authorized agents.

39.    Defendants are not affiliated with or sponsored by the BMW Group and have never been authorized by the BMW Group or any of its subsidiaries, affiliates or authorized

agents to use the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, or 100EX mark in any form.

40.    Defendants' unauthorized use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark is intended to divert to Defendants persons who are interested in the products and services of the BMW Group and to trade off the goodwill of these marks.

41.    Defendants' unauthorized use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark in the manner described above:

(a)    is likely to cause confusion, to cause mistake, and/or to deceive customers and potential customers of the parties, as to the origin, sponsorship, or approval of Defendants' products and services, or as to some affiliation, connection, or association of Defendants with the BMW Group;

(b)    enables Defendants to trade off and receive the benefit of goodwill the BMW Group built up at great labor and expense over many years, and to gain acceptance for Defendants' products and services not solely on their own merits, but on the reputation and goodwill of the BMW Group, its Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying

Lady Device Radiator Grille Device, 100 EX mark and its products and services;

(c)     unjustly enriches Defendants; and

(d)     unlawfully removes from the BMW Group the ability to control the nature and quality of products and services provided under the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device Radiator Grille Device, and 100EX mark and places the goodwill and valuable reputation of the BMW Group in the hands of Defendants, over whom the BMW Group has no control.

42.     The BMW Group has been damaged and continues to be damaged by Defendants' unauthorized use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark in the manner described above.

43.     Unless these acts of Defendants are restrained by this Court, they will continue to cause irreparable injury to the BMW Group and to the public for which there is no adequate remedy at law.

## COUNT I
## FEDERAL TRADEMARK INFRINGEMENT
### (Lanham Act § 32, 15 U.S.C. § 1114(1))

44.     The BMW Group realleges and incorporates the allegations set forth in paragraphs 1 through 43 herein.

45.     Defendants' use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device Radiator Grille Device, and 100EX mark is likely to cause confusion, to cause mistake or to deceive as to the source, sponsorship, or affiliation of Defendants with the BMW Group.

46.     The acts of Defendants complained of herein constitute use in commerce of reproductions, copies, confusingly similar or colorable imitations of the BMW Group's federally registered Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark in connection with the sale, offering for sale, distribution and advertising of goods and services in violation of 15 U.S.C. § 1114(1).

47.     Defendants' acts complained of herein have been deliberate, willful, intentional, and in bad faith, with full knowledge and in conscious disregard of the BMW Group's rights in the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device Radiator Grille Device, and 100EX mark and with intent to trade on the BMW Group's vast goodwill in these marks.

48.     As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and the BMW Group has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, the BMW Group will continue to suffer injury and damage.

**COUNT II**
**FEDERAL UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN AND**
**TRADE NAME INFRINGEMENT**
**(Lanham Act §43(a), 15 U.S.C. § 1125(a))**

49.     The BMW Group realleges and incorporates the allegations set forth in paragraphs 1 through 48 herein.

50.     Defendants' unauthorized use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark falsely indicates that Defendants and their services are connected with, sponsored by, affiliated with, or related to the BMW Group.

51.     Defendants' use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device Radiator Grille Device, and 100EX mark has caused, and is likely to continue to cause, confusion, mistake or deception as to the source or sponsorship of Defendants' goods and services.

52.     Upon information and belief, Defendants' acts complained of herein have been deliberate, willful, and intentional, with full knowledge and in conscious disregard of the BMW Group's rights in its marks and with intent to trade off the BMW Group's vast goodwill in its marks.

53.     Defendants' unauthorized use of the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device Radiator Grille Device, and 100EX mark in connection with their goods and services allows Defendants to receive the benefit of the BMW Group's goodwill, which the

14

BMW Group has established at great labor and expense, and further allows Defendants to expand their business and sales, based not on their own qualities, but on the reputation and goodwill of the BMW Group.

54.     The acts of Defendants complained of herein constitute unfair competition and false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

55.     As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and the BMW Group has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, the BMW Group will continue to suffer injury and damage.

**COUNT III**
**DECEPTIVE TRADE PRACTICES**
**(815 ILCS § 510/2)**

56.     The BMW Group realleges and incorporates the allegations set forth in paragraphs 1 through 55 herein.

57.     The acts of Defendants complained of herein constitute deceptive trade practices in violation of the Illinois Unfair Trade Practices Act, 815 ILCS §510/2, as Defendants are passing off their goods and services as those of the BMW Group.

58.     As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and the BMW Group has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, the BMW Group will continue to suffer injury and damage.

## COUNT IV
## TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION
## (Common Law of Illinois)

59.     The BMW Group realleges and incorporates the allegations set forth in paragraphs 1 through 58 herein.

60.     The acts of Defendants complained of herein constitute trademark infringement and unfair competition in violation of the common law of Illinois.

61.     Defendants' use of the infringing marks as described above has caused, is causing and, unless enjoined by this Court, will continue to cause confusion and mistake in the marketplace and deception of the trade and public as to the relationship or affiliation of the parties and the source, origin, or sponsorship of their respective products.

62.     Defendants' use of the infringing marks as described above has impaired, is impairing and, unless enjoined by this Court, will continue to impair the BMW Group's reputation under its trademarks and has caused, is causing and, unless enjoined by this Court, will continue to cause injury and damage to the BMW Group for which the BMW Group is entitled to relief under the common law.

63.     As a result of the foregoing alleged actions of Defendants, Defendants have been unjustly enriched and the BMW Group has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, the BMW Group will continue to suffer injury and damage.

## COUNT V
## UNJUST ENRICHMENT
## (Common Law of Illinois)

64.     The BMW Group re-alleges and incorporates the allegations set forth in paragraphs 1 through 63 herein.

65.     The acts of Defendants complained of herein constitute unjust enrichment of Defendants.

66.     As a result of the foregoing alleged actions of Defendants, the BMW Group has been injured and damaged.  Unless the foregoing alleged actions of Defendants are enjoined, the BMW Group will continue to suffer injury and damage.

## PRAYER FOR RELIEF

WHEREFORE, the BMW Group prays that:

1.     Judgment be entered for the BMW Group on its claims.

2.     Defendants, their agents, servants, employees, attorneys, and all others in active concert or participation with any of them, be enjoined and restrained, during the pendency of this action, and permanently thereafter, from:

> (a)     using the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, and 100EX mark and any other name or mark that is confusingly similar to these marks or any other mark or designation of the BMW Group or its affiliates, including, but not limited to, use of these marks on or in connection with non-genuine vehicles;

17

(b)    doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants, or their products or services, are connected with, sponsored by or approved by the BMW Group.

3.    An accounting be directed to determine Defendants' profits resulting from their activities and that such profits be paid over to the BMW Group and increased as the Court finds to be just under the circumstances of this case.

4.    Defendants be required to pay over to the BMW Group:

(a)    in accordance with Section 35(a) of the United States Trademark Act, 15 U.S.C. §1117(a), an award of treble Plaintiffs' actual damages (including lost trademark royalties) and Defendants' profits, together with profits resulting from sales and rentals by Defendants relating to their aforesaid trademark infringement and unfair competition;

(b)    The BMW Group's reasonable attorneys' fees and costs of this action; and

(c)    exemplary or punitive damages in a sum sufficient to deter future acts of trademark infringement and unfair competition.

5.    Defendants, in accordance with Section 36 of the United States Trademark Act, 15 U.S.C. § 1118, be required to deliver up to the BMW Group for destruction all products, labels, signs, prints, packages, bottles, receptacles, containers, advertisements and other promotional materials in Defendants' possession or control bearing the Roundel, "BMW" word mark, BMW Grille Design mark, 745 mark, RR Badge, ROLLS-ROYCE word mark, PHANTOM word mark, Flying Lady Device, Radiator Grille Device, 100EX mark or any other BMW Group mark.

6.      Defendants, in accordance with Section 34(a) of the United States Trademark Act, 15 U.S.C. § 1116(a), be required to file with the Court, and serve upon the BMW Group, within thirty (30) days after the entry and service on Defendants of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the terms of such injunction.

7.      The BMW Group recover such other relief as the Court may deem appropriate.

8.      The BMW Group demands a jury trial on all triable issues.


Date:  May 21, 2008                              Respectfully submitted,

                                                By:      /s/ Gabriel A. Crowson
                                                         Gabriel A. Crowson
                                                         HOWREY LLP
                                                         321 N. Clark St. Suite 3400
                                                         Chicago, IL 60610
                                                         Telephone: (312) 595-1239
                                                         Fax: (312) 595-2250
                                                         Email: crowsong@howrey.com

OF COUNSEL:                                     OF COUNSEL:
Kevin J. Healy, Esq.                            John G. Froemming, Esq.
BMW NA, LLC                                     David M. Jaquette, Esq.
300 Chestnut Ridge Road                         HOWREY LLP
Woodcliff Lake, NJ  07677                       1299 Pennsylvania Ave., NW
Telephone: (201) 307-4000                       Washington, DC 20004
                                                Telephone: (202) 783-0800
*Counsel for Plaintiffs*                        Facsimile: (202) 383-6610
*BMW NA, LLC and*
*Rolls-Royce Motor Cars NA, LLC*                *Attorneys for Plaintiffs*
                                                *BMW NA, LLC, Bayerische Motoren Werke*
                                                *AG, Rolls-Royce Motor Cars NA, LLC, and*
                                                *Rolls-Royce Motor Company Limited*

08CV2954          TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

# EXHIBIT A







08CV2954          TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

# EXHIBIT B

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)

Seite 1 von 10

Search eBay Motors | Start new search | Search | Advanced Search

**ebY Motors**

| Home | Buy | Sell | My eBay |

Buyer Services & Protection    Tips & Advice

Back to list of items

Listed in category: eBay Motors > Cars & Trucks > Lincoln > Town Car

## 1995 Lincoln : Town Car  Rolls Royce

Seller of this item? Sign in for your status



1 of 24

Supersize

| | |
|---|---|
| Starting bid: | **US $17,000.00** |
| Your maximum bid: | US $ ___ |
| | (Enter US $17,000.00 or more) |
| | Place Bid > |
| *Buy It Now* price: | **US $19,750.00** |
| | Get low monthly payments |
| | Buy It Now > |
| End time: | **Jan-17-08 21:02:41 PST** (2 days 15 hours) |
| Shipping: | See item description for shipping details. |
| Sells to: | Worldwide |
| Item location: | Naperville, IL, United States |
| History: | 0 bids |
| You can also: | Watch This Item |
| | Get mobile or IM alerts | Email to a friend |

♥ Live Help

Item number: 190190766797

Watch this item in My eBay

### Meet the seller
Seller: exoticlimokingsolano ( 143 ☆ )
Feedback: **100% Positive**
Member:  since Nov-15-02 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers

View seller's other items: Store | List

Visit seller's Store:
🏪 exoticlimokingsolano

### Buy safely
1. **Check the seller's reputation**
   Score: 143 | 100% Positive
   See detailed feedback

2. **Learn how you are protected**
   **Free buyer protection coverage**
   eBay provides up to $20,000 in fraud protection for this vehicle.

Listing and payment details: **Show**

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-Rolls-Royce-Black-Rolls-Phantom-Conversion-on-a-Towncar-Limousine_W0QQcmdZViewItemQQc...    15.01.2008

## Description

*Item Specifics - Cars & Trucks*

**1995 Lincoln : Town Car Rolls Royce**
Black Rolls Phantom Conversion on a Towncar Limousine

| | | | |
|---|---|---|---|
| Miles: | **50000** | Body Type: | -- |
| Transmission: | **Automatic** | | |
| | | Interior: | **Black** |
| Warranty: | **No** | Year: | **1995** |
| Title: | **Clear** | VIN Number: | **1lnlm81w4sy602094** |
| | | | **Get the Vehicle History Report** |
| Condition: | **Used** | Exterior: | **Black** |
| Engine: | **8 Cylinder 4.6 Liter** | Inspection: | -- |
| Fuel Type: | **Gasoline** | | |
| For Sale by: | -- | | |

**Standard Equipment:**

| | | |
|---|---|---|
| Leather | Power Door Locks | Power Steering |
| AM/FM Radio | Cassette | EXECUTIVE |
| 2 Wheel Drive | Power Seat Driver | 8 Cylinder 4.6 Liter |
| | ABS | |
| | Power Windows | |
| | Dual Air Bags | |

Copyright © 2002 AutoTradeCenter Corp. All Rights Reserved.

**exoticlimokingsolano**

Visit my eBay Store: exoticlimokingsolano

**Store Categories**

Store home
Exotic Limo Conversions

**Vehicle Description**

Here is another chance! For all customers who have bid on my limos before and have been out bid. Now is your chance to get a Freshly Custom Painted Rolls Phantom Conversion for a super low price with NO reserve!

**YES! NO RESERVE AND A QUICK 3 DAY AUCTION!!!**

Sign up for Store newslett.

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)

**Don't risk it though! I also dropped the buy it now price! So if you do not want to miss out Buy It Now!!!**

We took this limo in on a trade from a customer of mine.
We did this conversion for him about a year ago and now he traded it in for 4 Newer Conversions. As you can see these conversions did very good for him, as they do for all my repeat customers!

I do not usually take trades, so my money is tied up in this limo now and that is why I will let it go for such a low price. And to keep the price as low as possible and still sell a beautiful product, we did re-paint it, to touch it up and also put a new vinyl top! So it could look almost new again.
We also added to this Phantom some NEW HOT 22" Chrome rims with new limo weight rated tires!

## World Wide Bidders Welcomed!!!!!!!!

**Also E-Bay Shoppers Please BEWARE! Buy From Reputable Known Companies, like us or other good well known Companies out there! WE HAVE JUST BEEN AWARDED PLATINUM POWER SELLER FOR E-BAY!**

**A great honor we have earned!!!
BUY WITH CONFIDENCE FROM US!**

From E-Bay!

This icon next to a member's user ID means that the seller meets the criteria for being a PowerSeller—consistent volume sales, 98% total positive Feedback or better, eBay marketplace policy compliance, and an account in good financial standing. With this mark, you can be confident that you are transacting with an experienced eBay seller who has proven that they're committed to customer satisfaction.

Make **BIG $$$** with this beautiful low price Rolls Phantom Conversion on a 1995 Lincoln body. Our customers cancel other Limo bookings with other companies to rent our Beautiful Conversions when they see them

Just put your number on it and drive it around and the calls to book this limo will start to come in!!!
Another great factor is when cars change their body style all of the limos will look old and customers will not want to book them any more. A problem you will not have with this limo. You will still book this

limo 7 years from know!

## Bid Today NO Reserve!!!

You get the best of both worlds, a beautiful RR Conversion on a 95 limo so you have just the Lincoln up keep, not a Rolls maintenance!!! Also because it is a 95 the insurance is allot less. Limos like these are what made our company grow so fast. Excellent limo for small, large or start up company. It has a Black custom paint job! It is showing 250K miles on it but it has just 50K miles on an overhauled engine!!!! It runs very strong!!!

Super clean interior, no tears! 2 Beautiful HARDWOOD BARS and more!

## It is a definite head turner and a true money making limo!

The first pics shown are of the actual limo Conversion we are selling then we added some pics of our other Limos we sell!

**All limos we build are totally Exotic and will help anybody have an edge on the competition!**

These limo conversions are hot! You can spend 65K on a New Town-car or 300 and just ask yourself; why would customers choose your Town car or 300 over the hundreds of other Companies that have Them?
And if you buy a used Towncar even less chance of making it!

Just think to yourself, if you had to take wedding pictures or any type of special event pictures, would you rather have an every day looking Town-car or 300 or This conversion in the background?

PROM!!!! My daughter who is in Highschool just told me; dad why when you sell these Conversions you always talk about how weddings would love it? What about PROM She said? You always say how busy Prom & Homecoming is! What do you think teenagers would rather get? A borring towncar like their parents use to go to the airport or your Conversions that look like all the cars the singers and rappers use on MTV? She is correct! YOU WILL ALSO KILL ON PROM/HOMECOMING the competition!!!

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)

Also see our new 2007 Escalades, Range Rovers & H2's with Gull wing doors, (forget the lambos, everybody has them, they are history!) also; disco floors, disco ceilings, bars with water falls, fireplace, heat sensative bars that change colors as you touch them, Giant Screen TV. X-Box, I Pod connector and more!

Best Warranty on New Limos in the Industry!
5 Year or 100,000 Mile Warranty!!!

ALL LIMOS ALL EXOTIC! GET THE EDGE!

We will also deliver the limo to you any ware in the US for just $800.00!
For Worldwide customers call for a price.
We also finance our conversions and our Brand New exotic limos at very LOW RATES!
Call Toll Free 1-866-ELIMO4U, also visit www.exoticlimousines.com or call me direct at
1-815-603-9258 ask for Carlo Giovanni Solano.

Starting your limo business???
Contact Exotic Limousines Firm Inc. & join one of the fastest growing Exotic Limousine Companies in the US. 1-866-ELIMO4U
Why Start your own no name, no references, no clientele Limo Company??????
That is why 90% of new limo companies go out of business in the 1st. 2

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)

years!!!!

**With Exotic Limousines Affiliate Program**

**YOU HAVE NO OVERHEAD OR START UP COSTS! JUST THE LIMOS YOU BUY! And you can start with a Name Company, with References, 1st. place winner of City Search (limo company division), Your own Corporate Dispatchers that will book the limos for you, Internet integrated booking schedule, so you can view at anytime all your bookings and also book your own! A marketing team that will do all the advertising for you, (paid by Exotic Limousines, Firm Inc.) Have a toll free number known through out the world 1-866-ELIMO4U, website, other affiliate companies and best of all;**

**WE GET YOU CUSTOMERS $$$$!!**

**You will also have on going training & development, buy limos and finance limos through a well known company like Exotic Limousines and all the savings are passed down to our affiliates. Call today: 1-866-ELIMO4U and ask for Carlo. Mention that you are interested in starting your own company through our affiliate program.**

**For Illinois residents we have owner operator programs as well!!!!!!**

**Seller's payment instructions**

DUE TO INSURANCE REASONS, NO VEHICLE CAN LEAVE OUR POSSESSION OR PROPERTY UNTIL ALL US FUNDS HAVE CLEARED OUR BANK. IF YOU PAY WITH A PERSONAL CHECK, OR CASHIER'S CHECK WE WON'T RELEASE THE VEHICLE UNTIL YOUR BANK AND OUR BANK TELL US THAT THE FUNDS HAVE BEEN CLEARED. WIRE TRANSFER PAYMENTS WORK THE BEST FOR IMMEDIATE RELEASE OF VEHICLE. A FEW ARE MAKING IT MORE DIFFICULT FOR THE HONEST PEOPLE OUT HERE TO DO BUSINESS. WE ARE SORRY FOR THE INCONVENIENCE THIS MAY CAUSE YOU, BUT WE NEED HAVE NO CHOICE

## Terms of Sale

A deposit of 10% down is due within 24 hours of auction close, payable by Pay pal or Cashiers Check. The balance is due within 5 days, by Cashiers Check or Wire Transfer! Please do not bid if you are not a serious buyer. If you are the winning bidder you will enter into a legally binding contract to purchase and it is sold as is, unless otherwise noted.

## Seller's Rights:

I reserve the right to terminate this or any of my auctions at any time. By placing bids in this auction, you will be considered a potential buyer for this vehicle, please insure that you have read, understand, agree, and adhere to all the terms of this sale listed on eBay. Finally as a high bidder, should you break this purchase agreement by failing to follow through with full payment within five days of auction close, you agree that your deposit is non refundable and will be used towards any loss incurred. Should legal proceedings result due to negligence on your part you may be required but not limited to paying all associated fees involved.

Thank you, Carlo Giovanni Solano

Enlarge this picture



Select a picture

Seite 8 von 10

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)





Thanks for
looking!

What's your Credit Score? 720? 650? Find Out From Experian.

## Shipping and handling

See item description for shipping details.

**Deposit via PayPal**
**US $2,000.00** within 48 hours of auction close.

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)



## Payment details

**Payment method**

Cashier's Check (certified from US or Canadian bank) or money order

Cash (in person)

**Seller's payment instructions**
Please bid only if you have the money! We offer Financing as well, but have it all set up prior to bidding please!
Deposit is non refundable so ask questions, come see the car. It is a great car, but be sure before you bid, it is sold as is! This is a binding contract!

**Full payment**
Required within 7 days of auction close.

## Helpful information

**Marketplace Safety Tip**

eBay Motors - Safe Buying Tips for Vehicles

☑ NEVER pay for a vehicle by instant cash transfer,such as Western Union or Moneygram.

☑ ALWAYS use My Messages to confirm an email asking for account information is from eBay.

☑ GET a vehicle history report before purchasing a used car (1981 or later).

Be Safe - Get all the tips!

## Take action on this item

🗪 Live Help

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-Rolls-Royce-Black-Rolls-Phantom-Conversion-on-a-Towncar-Limousine_W0QQcmdZViewItemQQc... 15.01.2008

08CV2954          TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

eBay Motors: Lincoln : Town Car (item 190190766797 end time Jan-17-08 21:02:41 PST)

**Item title: Lincoln : Town Car**

**Place a bid**

Starting bid:        **US $17,000.00**

Your maximum bid:    US $ [          ]

(Enter US $17,000.00 **or more**)

**Place Bid >**

You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid. Learn about bidding.

**or**

**Buy It Now**

*Buy It Now* price:    **US $19,750.00**

**Buy It Now >**

You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

To place a bid of US $15,000.00 or more, you'll need to provide a valid credit card or complete the ID Verify process ($5).

**Other options**

⬅ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay  |  Announcements  |  Security Center  |  Buyer Services & Protection  |  Policies  |  Site Map  |  Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-Rolls-Royce-Black-Rolls-Phantom-Conversion-on-a-Towncar-Limousine_W0QQcmdZViewItemQQc...  15.01.2008

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

Seite 1 von 9

# eBay Motors

Sign in

| Cars & Trucks | Parts & Accessories | Motorcycles | Powersports | Boats | Other Vehicles |

eBay Home | Site Map

Buy   Sell   My eBay   Research   Help

All of eBay Motors ▸   Search   Advanced Search

Listed in category: eBay Motors > Cars & Trucks > Lincoln > Town Car   |   Research 1995 Lincoln

◀ Back to list of items

Live Help

## 1995 Lincoln Town Car NO RESERVE!
Lincoln : Town Car

Item number: 190191942314

Watch this item in My eBay

Bidder or seller of this item? Sign in for your status



1 of 24

⊞ Supersize

| | |
|---|---|
| Current bid: | **US $15,000.00** |
| | Place Bid |
| Your maximum bid: | **US $** [ ] |
| | (Enter US $15,100.00 or more) |
| | Get low monthly payments |
| End time: | **Jan-23-08 19:16:40 PST** (2 days 17 hours) |
| Shipping: | See item description for shipping details. |
| Sells to: | Worldwide |
| Item location: | Naperville, IL, United States |
| History: | 1 bid |
| High bidder: | z***z ( 4 ) |

You can also:   **Watch This Item**
Get mobile or IM alerts   |   Email to a friend

### Meet the seller
Seller:   exoticlimokingsolano ( 143 ☆ )
Feedback: **100% Positive**
Member:   since Nov-15-02 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store   |   List
- Visit seller's Store:
  🏠 **exoticlimokingsolano**

### Buy safely
- Check the seller's feedback
- Review the vehicle history report
- Get tips and advice in the Buyer Checklist
✓ This vehicle is eligible for up to $20,000 in Vehicle Purchase Protection

**Listing and payment details:**   Show

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

🖨 Print

| Seller's Description | History Report | Shipping | Financing | Buyer Checklist |
|---|---|---|---|---|

## 1995 Lincoln Town Car NO RESERVE!

| Title: | Black Beauty Royal Ride Conversion on Towncar Limousine |
|---|---|
| Mileage: | 50,000 miles |
| Location: | Naperville, IL |

**Vehicle Information**

| VIN: | 1lnlm81w4sy602094 | Get the Vehicle History Report |
|---|---|---|
| Inspection: | -- | |
| Warranty: | No | |
| Vehicle Title: | Clear | |
| Condition: | Used | |

**Features**

| Body Type: | -- | Engine: | 8 Cylinder 4.6 Liter | Exterior Color: | Black |
|---|---|---|---|---|---|
| Transmission: | Automatic | Fuel Type: | Gasoline | Interior Color: | Black |

## Description

**exoticlimokingsolano**

Visit my eBay Store: 🔴 exoticlimokingsolano

Sign up for Store news

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-NO-RESERVE-Black-Beauty-Royal-Ride-Conversion-on-Towncar-Limousine_W0QQcmdZViewIte...    21.01.2008

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

**Store Categories**

Store home
Exotic Limo Conversions

**Vehicle Description**

Now is your chance to get a RR Custom Painted Conversion for a super low price with NO RESERVE! Well below the buy it now price! We call it our Royal Ride!

We took this limo in on a trade from a good customer of mine. This conversion was only done about a year ago.

To keep the price low, no reserve and still sell a beautiful product, we did re-paint it, to touch it up and also put a new vinyl top! So it could look almost new again. We also added to this beauty some HOT 22" chrome rims with new limo weight rated tires!

Don't forget, we can also do our limo conversions **ON YOUR OWN LIMO!** You might have an older well kept reliable limo and you know your own limo. If it is a reliable Lincoln Towncar or 300 limo, don't sell it because it is just an older body style, and then spend 60K or more on a new one and on top of that increase your insurance, just let us convert it NEW!

We can also convert your older Suburban or Tahoe in to a New 2007 Body Style Escalade!!! Why buy New? It will look NEW but with a better body style!

**World Wide Bidders Welcomed!!!!!!!!**

**Also visit my ebay store for more pics! And we are always updating it with new limos and pics.**

**Also E-Bay Shoppers Please BEWARE! Buy From Reputable Known Companies, like us or other good well known Companies out there!**
**WE HAVE JUST BEEN AWARDED PLATINUM POWER SELLER FOR E-BAY!**
**A great honor we have earned!!!**
**BUY WITH CONFIDENCE FROM US!**

From E-Bay!

**Power Seller** This icon next to a member's user ID means that the seller meets the criteria for being a PowerSeller---consistent volume sales, 98% total positive Feedback or better, eBay marketplace policy compliance, and an account in good financial standing. With this mark, you can be confident that you are transacting with an experienced eBay seller who has proven that they're committed to customer satisfaction.

Make BIG $$$ with this beautiful low price RR Conversion on a 1995 Lincoln body. Our customers

cancel other Limo bookings with other companies to rent our Beautiful Conversions when they see them!

Just put your number on it and drive it around and the calls to book this limo will start to come in!!! Another great factor is when cars change their body style all of the limos will look old and customers will not want to book them any more. A problem you will not have with this limo. You will still book this limo 7 years from know!

**We even have many celebrities use our limos.**
Also our Limos have been on MTV, RTL Europe TV, Japan TV And more!!!

## Bid Today NO Reserve!!!

You get the best of both worlds, a beautiful RR Conversion on a 95 limo so you have just the Lincoln up keep! Also because it is a 95 the insurance is allot less. Limos like these are what made our company grow so fast. Excellent limo for small, large or start up company. It has a Black custom paint job! It is showing 225K miles on it but it has just 50K miles on an overhauled engine! It also has a beautiful interior. All nice woodwork on both bars!

## It is a definite head turner and a true money making limo!

The first pics shown are of the actual limo Conversion we are selling then we added some pics of our other Limos we sell!

**All limos I build are totally Exotic and will help anybody have an edge on the competition!**

These limo conversions are hot! You can spend 65K on a New Town-car or 300 and just ask yourself, why would customers choose your Town car or 300 over the hundreds of other Companies that have Them? And if you buy a used Towncar even less chance of making it!

Just think to yourself, if you had to take wedding pictures or any type of special event pictures, would you rather have an every day looking Town-car or 300 or This conversion in the background?

**PROM!!!!** My daughter who is in Highschool just told me; dad why when you sell these Conversions you always talk about how busy weddings would love it? What about PROM She said? You always say how busy Prom & Homecoming is!

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

What do you think teenagers would rather get? A borring towncar like their parents use to go to the airport or your Conversions that look like all the cars the singers and rappers use on MTV? She is correct! YOU WILL ALSO KILL ON PROM/HOMECOMING the competition!!!

**Also see our new 2007 Escalades, Range Rovers & H2's with Gull wing doors, (forget the lambos, everybody has them, they are history!) also; disco floors, disco ceilings, bars with water falls, fireplace, heat sensative bars that change colors as you touch them, Giant Screen TV. X-Box, I Pod connector and more!**

**Best Warranty on New Limos in the Industry!
5 Year or 100,000 Mile Warranty!!!**

**ALL LIMOS ALL EXOTIC!  GET THE EDGE!**

We will also deliver the limo to you any ware in the US for just $800.00! For Worldwide customers call for a price.
We also finance our conversions and our Brand New exotic limos at very LOW RATES!
Call Toll Free 1-866-ELIMO4U, also visit **www.exoticlimousines.com** or **call me direct at 1-815-603-9258 ask for Carlo Giovanni Solano.**

**Starting your limo business???**
Contact Exotic Limousines Firm Inc. & join one of the fastest growing Exotic Limousine Companies in the US. 1-866-ELIMO4U

Why Start your own no name, no references, no clientele Limo Company??????
That is why 90% of new limo companies go out of business in the 1st. 2 years!!!!
With Exotic Limousines Affiliate Program
YOU HAVE NO OVERHEAD OR START UP COSTS! JUST THE LIMOS YOU BUY! And you can start with a Name Company, with References, 1st. place winner of City Search (limo company division), Your own Corporate Dispatchers that will book the limos for you, Internet integrated booking schedule, so you can view at anytime all your bookings and also book your own! A marketing team that will do all the advertising for you, (paid by Exotic Limousines, Firm Inc.) Have a toll free number known through out the world 1-866-ELIMO4U, website, other affiliate companies and best of all;

Seite 6 von 9

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

## WE GET YOU CUSTOMERS $$$$!!

**You will also have on going training & development, buy limos and finance limos through a well known company like Exotic Limousines and all the savings are passed down to our affiliates. Call today: 1-866-ELIMO4U and ask for Carlo. Mention that you are interested in starting your own company through our affiliate program.**

**For Illinois residents we have owner operator programs as well!!!!!!**

**Seller's payment instructions**
DUE TO INSURANCE REASONS, NO VEHICLE CAN LEAVE OUR POSSESSION OR PROPERTY UNTIL ALL US FUNDS HAVE CLEARED OUR BANK. IF YOU PAY WITH A PERSONAL CHECK, OR CASHIER'S CHECK WE WON'T RELEASE THE VEHICLE UNTIL YOUR BANK AND OUR BANK TELL US THAT THE FUNDS HAVE BEEN CLEARED. WIRE TRANSFER PAYMENTS WORK THE BEST FOR IMMEDIATE RELEASE OF VEHICLE. A FEW ARE MAKING IT MORE DIFFICULT FOR THE HONEST PEOPLE OUT HERE TO DO BUSINESS. WE ARE SORRY FOR THE INCONVENIENCE THIS MAY CAUSE YOU, BUT WE NEED HAVE NO CHOICE

## Terms of Sale

A deposit of 10% down is due within 24 hours of auction close, payable by Pay pal or Cashiers Check. The balance is due within 5 days, by Cashiers Check or Wire Transfer!
Please do not bid if you are not a serious buyer. If you are the winning bidder you will enter into a legally binding contract to purchase and it is sold as is, unless otherwise noted.

**Seller's Rights:**

I reserve the right to terminate this or any of my auctions at any time. By placing bids in this auction, you will be considered a potential buyer for this vehicle, please insure that you have read, understand, agree, and adhere to all the terms of this sale listed on eBay. Finally as a high bidder, should you break this purchase agreement by failing to follow through with full payment within five days of auction close, you agree that your deposit is non refundable and will be used towards any loss incurred. Should legal proceedings result due to negligence on your part you may be required but not limited to paying all associated fees involved.

Thank you, Carlo Giovanni Solano

Enlarge this picture







Select a picture

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)



Thanks for looking!

What's your Credit Score? 720? 650? Find Out From Experian.

## Shipping, payment details, and return policy

**Pickup & Shipping**

See item description for shipping details.

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-NO-RESERVE-Black-Beauty-Royal-Ride-Conversion-on-Towncar-Limousine_W0QQcmdZViewIte...    21.01.2008

Seite 8 von 9

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

## Marketplace Safety Tip

eBay Motors - Safe Buying Tips f Vehicles

1. **NEVER** pay for a vehicle by instant ca transfer, such as Western Union or Moneygram

2. **ALWAYS** use My Messages to confir an email asking for account informatic from eBay.

3. **GET** a Vehicle History Report before purchasing a used car (1981 or later).

[ Be Safe - Get all the tips! ]

Live Help

# eBay recommended services

· History Report - get a vehicle history report and protect yourself from hidden problems
· Shipping - get free shipping quotes and information on options to pick up this vehicle
· Financing - learn about lending choices
· Buyer Checklist - review steps to take to make a safe, successful purchase

## Ready to Buy?

**Item title:** Lincoln : Town Car

http://cgi.ebay.com/ebaymotors/Lincoln-Town-Car-NO-RESERVE-Black-Beauty-Royal-Ride-Conversion-on-Towncar-Limousine_W0QQcmdZViewIte...  21.01.2008

Seite 9 von 9

eBay Motors: Lincoln : Town Car (item 190191942314 end time Jan-23-08 19:16:40 PST)

**Current bid:** US $15,000.00

| Place a Bid |
| --- |

**Your maximum bid:** US $ [            ] (Enter US $15,100.00 **or more**)

Place Bid

You will confirm in the next step.

eBay automatically bids on your behalf **up to** your maximum bid. Learn about bidding.

## What else can you do?

⊕ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay | Community | Security Center | Buyer Services | Policies | Government Relations | Site Map | Help

© 1995-2008 eBay Inc. All Rights Reserved. eBay and the eBay logo are among the registered trademarks of eBay Inc. Kelley Blue Book® and Blue Book® are registered trademarks of Kelley Blue Book Co., Inc. Other trademarks and brands are the property of their respective owners. Some automotive images © eVox Productions LLC, all rights reserved. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

Case 1:08-cv-02954     Document 1-5     Filed 05/21/2008     Page 1 of 10

08CV2954            TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN

15.01.2008

eBay home | Pay | Register | Sign in | Site Map | Community | Help

🔴 Live Help

Item number: 190188046254

Search eBay Motors   Start new search    Search   Advanced Search

---

**Home**  **Buy**  **Sell**  **My eBay**   Buyer Services & Protection   Tips & Advice

🔽 Back to home page

Listed in category: eBay Motors > Cars & Trucks > Chrysler > 300 Series

🚗 **2006 Chrysler : 300 Series  300**

**Bidder or seller of this item?** Sign in for your status
**Bidding has ended for this item**

Sell an item like this or buy a similar item below.



1 of 24

🔍 Supersize

| | |
|---|---|
| Current bid: | **US $55,100.00** |
| | Reserve not met |
| *Buy It Now* price: | **US $75,000.00** |
| | Get low monthly payments |
| Ended: | **Jan-14-08 20:07:00 PST** |
| Shipping: | See item description for shipping details. |
| Sells to: | Worldwide |
| Item location: | Naperville, IL, United States |
| History: | 13 bids |
| High bidder: | x***r ( 0 ) |

**Meet the seller**

Seller:     exoticlimokingsolano ( 143 ⭐ )
Feedback:   **100% Positive**
Member:     since Nov-15-02 in United States
▫ See detailed feedback
▫ Add to Favorite Sellers
▫ View seller's other items: Store | List
▫ Visit seller's Store:
  🔴 exoticlimokingsolano

**Buy safely**

1. **Check the seller's reputation**
   Score: 143 | 100% Positive
   See detailed feedback

2. **Learn how you are protected**
   Free buyer protection coverage

eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

Seite 2 von 12

eBay provides up to $20,000 in fraud protection for this vehicle.

**Listing and payment details:**     You can also:     Email to a friend     **Show**

## Description

*Item Specifics - Cars & Trucks*
**2006 Chrysler : 300 Series 300**
New Rolls Royce 100 Conversion on 06 300 Limousine

| | | Body Type: | Other |
|---|---|---|---|
| Miles: | **8000** | | |
| Transmission: | **Automatic** | | |
| Engine: | **6** | Interior: | **Gray** |
| Warranty: | **Existing** | Year: | **2006** |
| Title: | **Clear** | VIN Number: | **2c3ka53g36h539927** |
| | | | **Get the Vehicle History Report** |
| Condition: | **Certified Pre-Owned** | Exterior: | **White** |
| Fuel Type: | **Gasoline** | Inspection: | **Inspected** |
| For Sale by: | **--** | | |

**Options**
| | | | |
|---|---|---|---|
| CD Player | Leather Seats | Side Airbags | Passenger Airbag |
| Driver Airbag | Anti-Lock Brakes | Air Conditioning | Power Windows |
| Power Seats | Power Locks | Cruise Control | |

## exoticlimokingsolano

**Visit my eBay Store:** 🏪 exoticlimokingsolano

Sign up for Store newsletter

**Store Categories**
Store home
Exotic Limo Conversions

**Vehicle Description**

What more do you want a **1 Owner**, new conversion with only 8K miles,
Freshly Custom Painted Chrysler 300 with a New 2008 Rolls Royce 100 Look,
Body Conversion! We call it our Royal Ride! BID TODAY LOW

http://cgi.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewItem&item=190188046254&ssPageName=ADME:B:EF:MOTORS:1123

15.01.2008

## RESERVE!!!

**Quick Note:** Low reserve? Yes!! but please realize that a regular clean 2006 Chrysler 300 with 8K miles will sell for over $59K! And this is a New Rolls 100EX Conversion on a 300 with 8K miles! It has over $25K worth of extras to convert it like this! There are 300's that sell for 70K just because they have some extras like lambos, 2 tone paint jobs, etc. But they are still 300's! What happens when Chrysler changes the body style in a year or so? It is all over! With this limo conversion you have years and years of not having to worry about it changing body style and you can book it for more money than any 300 or towncar limo any day!!!

We can also do our limo conversions **ON YOUR OWN LIMO!** It might be older but you know your own limo. If its a reliable Lincoln Towncar or 300 limo, don't sell it, and spend 60K on a new one and on top increase your insurance, lets just convert it NEW!
Convert them into: A New Rolls 100, Rolls Phantom, Bentley, Mercedes S550 or BMW 745LI conversions. And make even more $$ than if you bought a new one!
We can also convert your older Suburban or Tahoe into a New 2007 Body Style Escalade!!!
Conversions start at only $17K with your limo completely custom painted! Why buy New? It will look NEW but with a better body!

And if you want the real thing or an H2, Range Rover etc. We can build the hottest most Exotic Brand New Limos as well. See below!

### World Wide Bidders Welcomed!!!!!!!!!

### Also E-Bay Shoppers Please BEWARE! Buy From Reputable Known Companies, like us or other good well known Companies out there!

# WE HAVE JUST BEEN AWARDED PLATINUM POWER SELLER FOR E-BAY!

## A great honor we have earned!!!!
## BUY WITH CONFIDENCE FROM US!

**From E-Bay!**

**Power Seller** This icon next to a member's user ID means that the seller meets the criteria for being a PowerSeller---consistent volume sales, 98% total positive Feedback or better, eBay marketplace policy compliance, and an account in good financial standing. With this mark, you can be confident that you are transacting with an experienced eBay seller who has proven that they're committed to customer satisfaction.

Make real $$$ with this beautiful Conversion on a Chrysler 300 body. Our customers cancel other Limo bookings with other companies to rent our Beautiful Conversion when they see it.

Just put your company phone number on this conversion and drive it around and the calls to book it will start to come in!!! Another great factor is when Chrysler changes the body style of the 300, all of the 300 limos will look old and customers might not want to book them any more. A problem you will not have with this limo. You will still book this limo 10 years from know!

**We even have many celebrities use our limos.**
**Our Limos have been on MTV, RTL Europe TV, Japan TV And more!!!!**

## Bid Today Low Reserve!!!

**Also Check out our other New Exotic Limos & Exotic Conversions on my E-Bay Store!**
You get the best of both worlds, a beautiful RR Conversion on a 300 limo so you have just the Chrysler 300 up keep, not a Rolls maintenance!!! Also because it is a 300 the insurance is allot less. Limos like these are what made our company grow so fast. Excellent limo for small, large or start up company. It has a white pearl custom paint job!1 owner LOW LOW MIle Limo.

Remote Door Popper Openers (notice the pics NO DOOR HANDLES!!!)

eBay Motors: Chrysler : 300 Series (item 19018804 6254 end time Jan-14-08 20:07:00 PST)

LCD TV
DVD Player
NEW 20" CHROME RIMS with New Limo Weight Rated Tires
CD Player
Great sound system!
Neons
Fiber Optic Ceiling Lighting
Fiber Optic Bar Lighting
Front & Rear Controls
Power Divider
Glassware

## It is a definite head turner and a true money making limo!

**The first pics shown are of the actual limo Conversion we are selling, then we added some pics of our other Limos we sell!**
**All limos I build are totally Exotic and will help anybody have an edge on the competition!**

These limo conversions are hot! You can spend 65K on a New Town-car or 300 and just ask yourself; why would customers choose your Town car or 300 over the hundreds of other Companies that have Them?
And if you buy a used Towncar even less chance of making it!

If you really want to have the edge, you can either;
1-) buy a 150K new Lexus, Jaguar, Mercedes, Etc. limo. or get a used one and pray you do not need a repair on it, because repairs on those high end cars will kill you, not to mention the taxes & insurance. Or;
2-) You can have a very low insurance, taxes & maintenance with this limo conversion and still have people fighting to book it, over any other limo.

Just think yourself, if you had to take wedding pictures or any type of special event pictures, would you rather have a every day looking Town-car or 300 or This conversion in the background?

PROM!!!! My daughter who is in Highschool just told me; dad why when you sell these Conversions you always talk about how weddings would love it? What about PROM She said? You always say how busy Prom & Homecoming is! What do you think teenagers would rather get? A borring towncar like their

15.01.2008

eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

parents use to go to the airport or your Conversions that look like all the cars the singers and rappers use on MTV? She is correct! YOU WILL KILL ON PROM/HOMECOMING the competition also!!!

Also see our new 2007 Escalades, Range Rovers & H2's with Gull wing doors, (forget the lambos, they are history!) disco floors, disco ceilings, water falls, fireplace, heat sensative bars that change colors as you touch them, Giant Screen TV. X-Box, I Pod connector and more!

**Best Warranty on New Limos in the Industry!**
**5 Year or 100,000 Mile Warranty!!!**

**ALL LIMOS ALL EXOTIC!  GET THE EDGE!**

We will also deliver the limo to you any ware in the US for just $800.00! For Worldwide call for a price.
We also finance our conversions and our Brand New exotic limos at very LOW RATES!
Call Toll Free 1-866-ELIMO4U, also visit www.exoticlimousines.com or **call me direct at**
**1-815-603-9258 ask for Carlo Giovanni Solano.**

**Starting your limo business???**
**Contact Exotic Limousines Firm Inc. & join one of the fastest growing Exotic Limousine Companies in the US. 1-866-ELIMO4U**
**Why Start your own no name, no references, no clientele Limo**

http://cgi.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewItem&item=190188046254&ssPageName=ADME:B:EF:MOTORS:1123

**Company??????**

**That is why 90% of new limo companies go out of business in the 1st. 2 years!!!!**

**With Exotic Limousines Affiliate Program**

**YOU HAVE NO OVERHEAD OR START UP COSTS! JUST THE LIMOS YOU BUY! And you can start with a Name Company, with References, 1st. place winner of City Search (limo company division), Your own Corporate Dispatchers that will book the limos for you, Internet integrated booking schedule, so you can view at anytime all your bookings and also book your own! A marketing team that will do all the advertising for you, (paid by Exotic Limousines, Firm Inc.) Have a toll free number known through out the world 1-866-ELIMO4U, website, other affiliate companies and best of all;**

**WE GET YOU CUSTOMERS $$$$!!**

**You will also have on going training & development, buy limos and finance limos through a well known company like Exotic Limousines and all the savings are passed down to our affiliates. Call today: 1-866-ELIMO4U and ask for Carlo. Mention that you are interested in starting your own company through our affiliate program.**

**For Illinois residents we have owner operator programs as well!!!!!!!**

**Seller's payment instructions**
DUE TO INSURANCE REASONS, NO VEHICLE CAN LEAVE OUR POSSESSION OR PROPERTY UNTIL ALL US FUNDS HAVE CLEARED OUR BANK. IF YOU PAY WITH A PERSONAL CHECK, OR CASHIER'S CHECK WE WON'T RELEASE THE VEHICLE UNTIL YOUR BANK AND OUR BANK TELL US THAT THE FUNDS HAVE BEEN CLEARED. WIRE TRANSFER PAYMENTS WORK THE BEST FOR IMMEDIATE RELEASE OF VEHICLE. A FEW ARE MAKING IT MORE DIFFICULT FOR THE HONEST PEOPLE OUT HERE TO DO BUSINESS. WE ARE SORRY FOR THE INCONVENIENCE THIS MAY CAUSE YOU, BUT WE NEED HAVE

eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

NO CHOICE

## Terms of Sale

**A deposit of 10% down is due within 24 hours of auction close, payable by Pay pal or Cashiers Check. The balance is due within 5 days, by Cashiers Check or Wire Transfer! Please do not bid if you are not a serious buyer. If you are the winning bidder you will enter into a legally binding contract to purchase!**

## Seller's Rights:

**I reserve the right to terminate this or any of my auctions at any time. By placing bids in this auction, you will be considered a potential buyer for this vehicle, please insure that you have read, understand, agree, and adhere to all the terms of this sale listed on eBay. Finally as a high bidder, should you break this purchase agreement by failing to follow through with full payment within five days of auction close, you agree that your deposit is non refundable and will be used towards any loss incurred. Should legal proceedings result due to negligence on your part you may be required but not limited to paying all associated fees involved.**

Thank you, Carlo Giovanni Solano





View thumbnails





Supersize all thumbnails below



















eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)



















Supersize all thumbnails above

Thanks for looking!

What's your Credit Score? 720? 650? Find Out From Experian.

## Questions from other members

| Question & Answer | Answered On |
|---|---|
| **Q:** I have a Dodge Durango 02 and I was wondering if you can convert that into a Lincoln Navigator or Cadillac Escalade- im in NJ | Jan-13-08 |
| **A:** Sorry not a durango. An 02 Suburban or Tahoe we could do into an 07 New Body Escalade. Thank you, Carlo... | |
| **Q:** I have two questions. First, can you convert an infinity qx56 to right hand drive for me and how much. Lastly, I would like to convert a 300 to a limo....more | Jan-13-08 |
| **A:** Hello Sam, yes we can on both questions. Email me either your phone number or email address and we can start to talk price. My number is 815-603-9258 or...more | |
| **Q:** i have 2002 lincoln 120 inch.can you convert to mercedes or bmw or bentley and how much.i'm in chicago too. | Jan-06-08 |
| **A:** Hello that is great, we are just in Naperville IL. And yes we can covert your 02 in to a Mercedes S550, BMW 745LI or Bentley Arnage! As a matter a fact....more | |



eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

```
08CV2954              TC
JUDGE PALLMEYER
MAGISTRATE JUDGE NOLAN
```

## Shipping and handling

See item description for shipping details.

**Deposit via PayPal**
US **$2,000.00** within 48 hours of auction close.



## Payment details

**Payment method**

Cashier's Check (certified from US or Canadian bank) or money order

Cash (in person)

**Seller's payment instructions**
Please bid only if you have the money! We offer Financing as well, but have it all set up prior to bidding please!
Deposit is non refundable so ask questions, come see the car. It is a great car, but be sure before you bid, it is sold as is! This is a binding contract!

**Full payment**
Required within 7 days of auction close.

## Helpful Information

**Marketplace Safety Tip**

eBay Motors - Safe Buying Tips for Vehicles

Seite 12 von 12

eBay Motors: Chrysler : 300 Series (item 190188046254 end time Jan-14-08 20:07:00 PST)

☑ NEVER pay for a vehicle by instant cash transfer, such as Western Union or Moneygram.

☑ ALWAYS use My Messages to confirm an email asking for account information is from eBay.

☑ GET a vehicle history report before purchasing a used car (1981 or later).

Be Safe - Get all the tips!

## Other options

⬇ Back to home page  |  Report this Item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

About eBay  |  Announcements  |  Security Center  |  Buyer Services & Protection  |  Policies  |  Site Map  |  Help

Copyright © 1995-2007 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay Store - exoticlimokingsolano: Rolls Royce 100EX Conversion Pics

Buy | Sell | My eBay | Community | Help

Site Map

**ebay**®

Welcome! Sign in or register.

Categories ▾   Motors   Express   Stores

| All Categories ▾ | Search | Advanced Search

Home > eBay Stores > exoticlimokingsolano > All Categories

**Store Search**

☐ in titles & descriptions

Search

**Store Pages**

- New Limousines
- New Limo Interiors
- Limousine Conversions
- Mercedes S550 Pics
- Bentley Arnaga Conversion Pics
- Rolls Phanton Conversion Pics
- BMW 745LI Conversion Pics
- **Rolls Royce 100EX**

Add to My Favorite Stores | Sign up for Store newsletter

**exoticlimokingsolano**

Maintained by: exoticlimokingsolano ( 143 ⭐ ) 📧

Please add me to your favorite seller list. We offer Brand New & Used EXOTIC CUSTOM Limos/Cars, Armored Limos/Cars, Limo Conversions on New or Used Limos/Cars! Also EXOTIC Limo/Car Accessories/Custom Parts! Custom Signes for any limo/banners etc. Rims/Tires/Chrome Pcs See my STORE PAGES Bottom Left

# Rolls 100EX Conversion Front Angle



# Rolls 100EX Conversion Front

eBay Store - exoticlimokingsolano: Rolls Royce 100EX Conversion Pics

**Conversion Pics**
- Exotic Limousine Rims
- Armored
- Cars/Limos/Bul
  let Proof

## Store Newsletter!

Add my Store to your Favorites and receive my email newsletters about new items and special promotions!

☑ General Interest

[ Sign Up ]



# Rolls 100EX Conversion Back Angle

**An eBay Store maintained by:**  exoticlimokingsolano ( 143 ) ⭐ 

Seller, manage Store

RSS | Learn more about feeds

**Tools:** My eBay Favorites  |  Email this Store to a friend

eBay Store - exoticlimokingsolano: Rolls Royce 100EX Conversion Pics

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay Store - exoticlimokingsolano: BMW 745LI Conversion Pics

# eBay®

Welcome! Sign in or register.

Buy | Sell | My eBay | Community | Help

Site Map

Categories ▾    Motors    Express    Stores

Home > eBay Stores > exoticlimokingsolano > All Categories

All Categories ▾    [ Search ]    Advanced Search

Add to My Favorite Stores | Sign up for Store newsletter

**exoticlimokingsolano**

Maintained by: exoticlimokingsolano ( 143 ⭐ )

Please add me to your favorite seller list. We offer Brand New & Used EXOTIC CUSTOM Limos/Cars, Armored Limos/Cars, Limo Conversions on New or Used Limos/Cars! Also EXOTIC Limo/Car Accessories/Custom Parts! Custom Signes for any limo/banners etc. Rims/Tires/Chrome Pcs See my STORE PAGES Bottom Left

**Store Search**

[ ] in titles & descriptions

[ Search ]

**Store Pages**

- New Limousines
- New Limo Interiors
- Limousine Conversions
- Mercedes S550 Pics
- Bentley Arnaga Conversion Pics
- Rolls Phanton Conversion Pics
- **BMW 745LI Conversion Pics**
- Rolls Royce 100EX



# BMW 745LI Conversion Wht. Front



# BMW 745LI Conversion Black

Conversion Pics
- Exotic Limousine Rims
- Armored
  Cars/Limos/Bul
  let Proof

## Store Newsletter!

Add my Store to your
Favorites and receive my
email newsletters about
new items and special
promotions!

☑ General Interest

[ Sign Up ]

# Back





# BMW 745LI Conversion Black
# Front

Seller, manage Store

**An eBay Store maintained by:**    exoticlimokingsolano ( 143 ☆ )

RSS | Learn more about feeds

**Tools:**  My eBay Favorites  |  Email this Store to a friend

http://stores.ebay.com/exoticlimokingsolano/BMW-745LI-Conversion-Pics.html

3/26/2008

eBay Store - exoticlimokingsolano: BMW 745LI Conversion Pics

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay Store - exoticlimokingsolano: Rolls Phanton Conversion Pics

**ebaY**®

Welcome! Sign in or register.

Categories ▾    Motors    Express    Stores

Buy | Sell | My eBay | Community | Help

Site Map

| All Categories ▾ | | Search |

Advanced Search

Home > eBay Stores > exoticlimokingsolano > All Categories

**Store Search**

☐ in titles & descriptions

Search

**Store Pages**

- New Limousines
- New Limo Interiors
- Limousine Conversions
- Mercedes S550 Pics
- Bentley Arnaga Conversion Pics
- **Rolls Phanton Conversion Pics**
- BMW 745Li Conversion Pics
- Rolls Royce 100EX

Add to My Favorite Stores | Sign up for Store newsletter

**exoticlimokingsolano**

Maintained by: exoticlimokingsolano ( 143 ☆ ) 🖼

Please add me to your favorite seller list. We offer Brand New & Used EXOTIC CUSTOM Limos/Cars, Armored Limos/Cars, Limo Conversions on New or Used Limos/Cars! Also EXOTIC Limo/Car Accessories/Custom Parts! Custom Signes for any limo/banners etc. Rims/Tires/Chrome Pcs See my STORE PAGES Bottom Left



# Rolls Phantom Conversion Front



# Rolls Phantom Conversion With

eBay Store - exoticlimokingsolano: Rolls Phantom Conversion Pics

## Lambos





Conversion Pics
Exotic Limousine Rims
■ Armored
Cars/Limos/Bul
let Proof

## Store Newsletter!

Add my Store to your
Favorites and receive my
email newsletters about
new Items and special
promotions!

☑ General Interest

[ Sign Up ]

# Rolls Phantom Conversion Back




**An eBay Store maintained by:**  exoticlimokingsolano ( 143  ☆ ) 

RSS | Learn more about feeds

**Tools:**  My eBay Favorites  |  Email this Store to a friend

eBay Store - exoticlimokingsolano: Rolls Phantom Conversion Pics

eBay Pulse | eBay Reviews | eBay Stores | Half.com | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype | Tickets

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.