**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| BMW of North America, LLC, Bayerische Motoren Werke AG, Rolls-Royce Motor Cars NA, LLC, and Rolls-Royce Motor Cars Limited v. Exotic Limousines, Inc., Exotic Limousine Sales, Inc., and Carlo Solano | FILED: MAY 21, 2008<br>08CV2954      TC<br>JUDGE PALLMEYER<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs BMW of North America, LLC,
Bayerische Motoren Werke AG,
Rolls-Royce Motor Cars NA, LLC, and
Rolls-Royce Motor Cars Limited

| NAME (Type or print) |
|---|
| Gabriel A. Crowson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Gabriel A. Crowson |

| FIRM |
|---|
| Howrey LLP |

| STREET ADDRESS |
|---|
| 321 N. Clark Street, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| N.D. Ill. #28009; ARDC 6289290 | 312 595-1239 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐