UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BMW OF NORTH AMERICA, LLC, BAYERISCHE MOTOREN WERKE AG, ROLLS-ROYCE MOTOR CARS NA, LLC, and ROLLS-ROYCE MOTOR CARS LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>EXOTIC LIMOUSINES, INC., EXOTIC LIMOUSINE SALES, INC., and CARLO SOLANO,<br><br>Defendants. | Case No. 08cv2954<br>Hon. Rebecca R. Pallmeyer |

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION BY PLAINTIFFS

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs submit this notice of voluntary dismissal without prejudice. Plaintiffs commenced this action on May 21, 2008. (Dkt. No. #1). Defendants Exotic Limousines, Inc., Exotic Limousine Sales, Inc., and Carlo Solano have not filed an answer or a motion for summary judgment. Plaintiffs therefore seek to voluntarily dismiss this proceeding without prejudice.

The clerk of the above-entitled court is requested to enter this dismissal in the records of the Court.

Dated: June 24, 2008

Respectfully submitted,

By:   /s/ Gabriel A. Crowson
Gabriel A. Crowson
HOWREY LLP
321 N. Clark St. Suite 3400
Chicago, IL 60610
Telephone: (312) 595-1239
Fax: (312) 595-2250

Email: crowsong@howrey.com

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Kevin J. Healy, Esq. | John G. Froemming, Esq. |
| BMW NA, LLC | David M. Jaquette, Esq. |
| 300 Chestnut Ridge Road | HOWREY LLP |
| Woodcliff Lake, NJ 07677 | 1299 Pennsylvania Ave., NW |
| Telephone: (201) 307-4000 | Washington, DC 20004 |
| | Telephone: (202) 783-0800 |
| *Counsel for Plaintiffs* | Facsimile: (202) 383-6610 |
| *BMW NA, LLC and* | |
| *Rolls-Royce Motor Cars NA, LLC* | *Attorneys for Plaintiffs* |
| | *BMW NA, LLC, Bayerische Motoren Werke AG, Rolls-Royce Motor Cars NA, LLC, and Rolls-Royce Motor Cars Limited* |

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system. I further certify that the foregoing document is being transmitted this day to the parties below, via Federal Express, to the following counsel:

EXOTIC LIMOUSINES, INC., EXOTIC LIMOUSINE
SALES, INC., and CARLO SOLANO
c/o Michael G. Phillip
Counsel for Defendants
Wiedel, Hudzik, Russ & Philipp P.C.
4915 Main Street
P.O. Box 578
Downers Grove, Illinois 60515

By:   /s/ Gabriel A. Crowson
      Gabriel A. Crowson
