# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2954 | **DATE** | 6/25/2008 |
| **CASE TITLE** | BMW of North America, LLC vs. Exotic Limousines, Inc., et al | | |

**DOCKET ENTRY TEXT**

The above cause is dismissed voluntarily without prejudice. Status hearing set for 7/22/2008 is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|